GERON LEGAL ADVISORS LLC
Yann Geron, Esq.
Jeannette Litos, Esq.
Nicole N. Santucci, Esq.
370 Lexington Avenue, Suite 1101
New York, New York 10017
(646) 560-3224

*Attorneys for Yann Geron, Chapter 7 Trustee/Plaintiff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                             :         Chapter 7
                                                                       :
ALL IN JETS, LLC, d/b/a JETREADY,    :         Case No. 20−11831−mew
                                                                       :
                       Debtor.          :
------------------------------------------------------- x
YANN GERON, Liquidating Trustee of   :
THE JETREADY LIQUIDATING              :
TRUST,                                                          :
                                                                       :
            -against-                                 :         Adv. P. No. 22−01132−mew
                                                                       :
S.E.A.L. AVIATION, LLC,                          :
                                                                       :
                    Defendant.   :
------------------------------------------------------- x

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO
RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE
7041 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

***PLEASE TAKE NOTICE*** that by complaint dated August 8, 2022 (the "Complaint"), Yann Geron (the "Trustee"), as liquidating trustee of The Jetready Liquidating Trust, which was established pursuant to the confirmed fifth amended plan of reorganization of All in Jets, LLC, d/b/a Jetready, the above-captioned reorganized debtor, commenced the above-captioned adversary proceeding against S.E.A.L. Aviation, LLC.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee hereby withdraws the Complaint and dismisses this adversary proceeding without costs or expenses to either party.

Dated:  New York, New York        GERON LEGAL ADVISORS  LLC
        January 9, 2023              Attorneys for the Trustee/Plaintiff

                                      By:  *s/ Yann Geron*
                                             Yann Geron
                                             Jeannette Litos
                                             Nicole N. Santucci
                                             370 Lexington Avenue, Suite 1101
                                             New York, New York 10017
                                             (646) 560-3224